PER CURIAM.
We initially accepted jurisdiction to review the decision of the Third District Court of Appeal in Ramirez v. McCravy, 4 So.3d 692 (Fla. 3d DCA 2009), based on express and direct conflict with Hankey v. Yarian, 755 So.2d 93 (Fla.2000), and Sullivan v. State, 913 So.2d 762 (Fla. 5th DCA 2005). After further consideration, we conclude that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.
It is so ordered.
PARIENTE, CANADY, POLSTON, LABARGA, and PERRY, JJ., concur.
PARIENTE, J., concurs with an opinion.
QUINCE, C.J., dissents.
LEWIS, J., dissents with an opinion.